UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. LISA W. WANG, JUDGE

```
------------------------------------------------------------- X
TARGER GENERAL MERCHANDISE, INC.,       :
                                        :
        Plaintiff,                      :
                                        :
        v.                              :  Consol. Court No. 15-cv-00069
                                        :
UNITED STATES,                          :
                                        :
        Defendant.                      :
------------------------------------------------------------- X
```

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, Target General Merchandise, Inc., in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered August 13, 2025 following issuance of Slip Op. 25-104 on the same day.

Respectfully submitted,

/s/John M. Peterson
John M. Peterson
Patrick B. Klein
NEVILLE PETERSON LLP
*Counsel to Plaintiff*
One Exchange Plaza
55 Broadway Suite 2602
New York, NY 10006

October 8, 2025